[No. 15141-7-III.    Division Three.    April 15, 1997.]
DAN R. ALDERSON, *Appellant*, v. INLAND
COMMUNICATION SERVICE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-00657-1, Thomas E. Merryman, J., entered August 25, 1995. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 15577-3-III.    Division Three.    April 17, 1997.]
CLS MORTGAGE, INC., ET AL., *Appellants*, v. LANA
BRUNO, *Defendant*, STATE FARM FIRE AND CASUALTY
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02614-6, Neal Q. Rielly, J., entered February 20, 1996. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Brown, J. Now published at 86 Wn. App. 390.

[No. 16149-8-III.    Division Three.    April 17, 1997.]
MOUNT SPOKANE SKIING CORPORATION, *Appellant*, v.
SPOKANE COUNTY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-06334-3, Robert D. Austin, J., entered May 2, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Thompson, J. Now published at 86 Wn. App. 165.

[No. 17129-5-II.    Division Two.    April 18, 1997.]
THE STATE OF WASHINGTON, *Appellant*, v. ERNEST
ALLEN BAILEY, *Defendant*, CONSTANCE
BARTHOLOMEW, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00823-8, Leonard W. Kruse, J., entered January 8, 1993. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.